MURIEL H. TYNE, Appellant, *v.* EDMUND F. TYNE, Respondent.

Submitted April 14, 1947; decided April 18, 1947.

*Michael Goldberg* for appellant.

No one opposed.

Motion dismissed, without costs, upon the ground that the order does not finally determine the action within the meaning of the Constitution.